IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ANTHONY LEVI HILL, | CV 21-78-BU-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| OFFICER GREEN, et al., | |
| Defendants. | |

On October 18, 2021, Plaintiff Hill submitted a complaint alleging violation of his civil rights under 42 U.S.C. § 1983. The clerk opened a civil case file and notified Hill that he must submit either the filing fee or a motion to proceed in forma pauperis. Hill moved to proceed in forma pauperis on October 29, 2021.

On further review, however, it appears Hill's complaint in this case should have been filed as an amended complaint in Cause No. CV 21-70-BU-BMM-JTJ. *See* Order (Doc. 7), *Hill v. State of Montana*, No. CV 21-70-BU-BMM-JTJ (D. Mont. Sept. 30, 2021).

Accordingly, IT IS ORDERED that the clerk shall close this matter and file the complaint as an amended complaint in Cause No. CV 21-70-BU-BMM-JTJ.

<u>Hill must immediately notify the Court of any change in his mailing address by filing a "Notice of Change of Address."</u>  Failure to do so may result in dismissal of this action without notice to him.

DATED this 1st day of November, 2021.

/s/ John Johnston
John Johnston
United States Magistrate Judge